UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
DEBTOR (S) Scott David Mcnitt Vicki Lynn Mcnitt

Case No: 14-33137-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

ATTORNEY: Erik K Buckstad
DATE FILED: 11/24/14
CLAIMS BAR DATE: 04/06/15
CONFIRMATION DATE: 02/17/15

## TRUSTEE'S OBJECTION TO CONFIRMATION

☐ First Payment has not posted   ☐ Plan is unfeasible   ☐ Payment Order has not been filed

☐ Plan does not meet Best interest test $ [ ]

☐ Plan does not meet Means test:   ☐ must be a 60 month   ☐ must pay $ [ ] to unsecured or affidavit required.

☐ DSO Certificate will be required at Confirmation   ☐ Increase dividend to unsecured creditors to at least 10%

☐ Reconcile net income on schedule J with Plan payment

☐ Amend Plan to provide/clarify treament for [ ]

☐ Amend Plan to pay the following through Trustee's Office [ ]

☐ Amend Schedules for the following: [ ]

☑ Trustee objects to disposable income and requests verfication or amendment to the following budget items:
[ Provide verification of vehicle insurance and increase plan payments by the amount the adult son and daughter pay ]
[ Provide verification of $225 monthly vehicle maintenance. ]

☐ Trustee objects to the payment of [ ]

☐ Exemptions are not accurate [ ]

Provide the following to the Trustee by [ ]:
  ☐ Tax Return   ☐ 60 days of pay stubs   ☐ titles to: vehicles [ ]   ☐ recorded mortgages
  ☐ business's budget   ☐ amortization schedule for [ ]

OCP to state the following:
  ☐ 100% of tax refunds   ☐ 100% to unsecured creditors
  ☑ Stay is lifted as to [ Fifth Third Mortgage and Alliance Catholic Credit Union for all vehicles. ]
  ☑ Plan payments shall increase by $ [ 151 and 215 per month. Plan states son and daughter pay for own car ]

Other issues [ Increase plan payments by $215 per month when 2005 Trailblazer is paid off. Increase plan payments ]
[ $185 per month when 2008 Mitsubishi is paid off. ]

NATURE OF THE PLAN-The Trustee interprets the nature of the Plan to be:

☐ Percentage plan [ ] % to unsecured or [ ] months from confirmation-whichever is the greater dividend

☑ Base Plan-completed upon the Trustee receiving $ [ 103,354.80 ] in addition to the receipts prior to confirmation.

Estimated % to unsecured is [ ] % in ( 60 ) months.

Confirmation recommended   ☐ Yes [ ] % in [ ] months   ☑ No

WHEREFORE, unless the above terms are satisfied, the Chapter 13 Trustee requests that this Honorable Court deny confirmation of the Debtor's (s') Plan, dismiss this case, allow an administrative expense of $100.00 to the Trustee and provide other relief as is just.

/s/ Carl L. Bekofske

Dated:   January 8, 2015

Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502

Sara

(810) 238-4675   ECF@flint13.com
P-10645

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
DEBTOR (S) Scott David Mcnitt Vicki Lynn Mcnitt

Case No: 14-33137-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2015, electronically filed the Chapter 13 Trustee's Objection to Confirmation with the Clerk of the Court using the ECF system; which will send notification of such filing to the following:

Erik K Buckstad
EBUCKSTAD248@AOL.COM

And I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

/s/ Sherry Beasinger
Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502
(810) 238-4675
Email: ECF@flint13.com